# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | |
| ROCHELLE CHRISTINE TAFOYA | DOCKET NUMBER: 6:22-mj-00001-HBK |

I, **Julia Luchtenburg,** Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **Rochelle Christine TAFOYA** did or was:

> **Count 1:** Present in a park area while under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources in violation of Title 36 Code of Federal Regulations § 2.35(c)
> **Maximum penalty: 6 months imprisonment and/or $5,000 fine**
>
> **Count 2:** Engaging in disorderly conduct; fighting, threatening, or engaging in violent behavior in violation of Title 36 Code of Federal Regulations § 2.34(a)(1)
> **Maximum penalty: 6 months imprisonment and/or $5,000 fine**
>
> **Count 3:** Threatening, resisting, intimidating, or intentionally interfering with a government employee or agent engaged in an official duty, or on account of the performance of an official duty in violation of Title 36 Code of Federal Regulations § 2.32(a)(1)
> **Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am a commissioned Law Enforcement Officer with the National Park Service. This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

On March 10, 2022, at approximately 13:44 hrs, I responded from the Wawona Ranger Station to a dispatch of possible domestic violence at 8059 Loop Road in Wawona, California. Rangers Williams, Andrews, and Rippetoe also responded to the address. Park dispatchers advised that a 9-1-1 call had come from the residence, but no one was on the line. Dispatch advised that shouting and screaming could be heard through the open line. As Ranger Williams and I arrived at the driveway of 8059 Loop Road at approximately 13:52 hrs, dispatch stated that a male voice could be heard making threats to another unknown person in the home.

Rangers Williams, Andrews, and I approached the residence and used the patrol vehicle loudspeaker to announce our presence and direct the subjects out of the home. After the second command to exit the home was announced, a white male wearing a black tank top and grey

sweatpants, later identified as Richard T Glasson, exited the porch door. He followed commands to walk toward the patrol vehicle, where Ranger Williams detained him in handcuffs.

While speaking with Ranger Williams, Glasson stated that he and TAFOYA had been dating less than a year and lived in the house at 8059 Loop Road together. He stated that she had consumed approximately one-half pint of vodka that afternoon and was drunk. Glasson stated that TAFOYA had struck him in the right side of his face and ear with a partially closed fist during an argument. Glasson also had visible scratches to his chest and left shoulder which he claimed were from TAFOYA. I photographed Glasson's injuries and hands. Park dispatch sent a recording of the 9-1-1 call to Ranger Andrews, which we listened to. Both Glasson and TAFOYA can be heard shouting at each other throughout the recording. Glasson shouted for TAFOYA to take her things and leave. At one point, Glasson can be heard stating, "You beat the shit out of me! And I let it happen!". Glasson was also heard threatening to kill TAFOYA if she touched him again.

As Ranger Williams placed Glasson in the rear of my patrol car, a female subject exited the house onto the porch. She appeared highly agitated and disheveled, wearing patterned leggings and a faded black t-shirt and no shoes. The woman began screaming, wailing, and rolling around on the deck. Ranger Andrews and I attempted to calm her and ask if she was injured. The woman, later identified as Rochelle Christine TAFOYA, alternated between screaming at Rangers to leave her alone and that Glasson had choked her. She appeared intoxicated and continued screaming throughout the contact. I repeatedly asked if TAFOYA was hurt or how I could help her. She became irate and screamed, "Fuck you, bitch!" and, "This ain't my first fuckin' rodeo!".

Ranger Andrews told TAFOYA to come down the porch stairs so we could assess for injuries and take her statement of the incident, but she remained uncooperative. TAFOYA continued to scream about various topics ranging from her own children, a person named Jolene at the South Rim of the Grand Canyon, and previous alleged domestic violence incidents. TAFOYA repeatedly refused to answer investigatory questions such as her name, what had happened, or if she needed help. Her sentences were incoherent at times- never in complete thoughts or stories. Her eyes appeared glassy. TAFOYA repeated the same few thoughts any time Rangers asked a question or tried to communicate with her.

TAFOYA continually paced the porch and ignored commands to step down to the driveway or sit at a nearby picnic table. She refused to give me her name when asked, screaming that, "It doesn't matter." She repeatedly shouted that she wanted to go home.

Due to TAFOYA's erratic behavior, Ranger Andrews drew his handcuffs with intention to detain her. TAFOYA took a step toward Ranger Andrews at which time he took ahold of her right arm. I grabbed her left arm at the same time Ranger Rippetoe did. Together, we lowered TAFOYA to the ground on her stomach and assisted in placing her in handcuffs. TAFOYA was non-compliant with commands to sit up after being placed in cuffs. She stated, "Nope, you gotta do it all yourself because you're fucking racist" and refused to stand on her own.

I detected a strong odor of an alcoholic beverage when near her. Ranger Rippetoe and I performed a search of areas accessible to hands for any weapons and found none TAFOYA continued to disobey commands to stand up and walk to a waiting patrol vehicle. TAFOYA refused to walk under her own power, so Ranger Rippetoe and I carried beneath the arms while

her feet dragged on the porch towards the stairs. She attempted to wrap her leg around a support beam to prevent us from taking her to the car. As we carried her down the first step, she tried hooking her leg around mine to trip me. Ranger Rippetoe and I then carried TAFOYA down the stairs to the driveway, where I secured her legs in leg irons. Ranger Williams placed a spit hood on TAFOYA's head, as she had begun spitting toward Rangers. She was then placed in the rear of Ranger Williams' patrol car and fastened in, where she continued to scream threats toward Rangers and their families. Specifically, TAFOYA stated she had four children and that we better pray that they don't come fucking kill us. She repeated the phrase, "Fucking fuck you!" dozens of times.

While performing a search incident to arrest prior to transport to Fresno jail, TAFOYA remained non-compliant with directions to sit up in the vehicle. She continued to scream and make various threats toward Rangers. She accused me of rape while I searched her and removed her jewelry. I secured a necklace, a ring, and TAFOYA's socks in a bag. I left her ear and nose rings in place due to TAFOYA spitting and the potential for her to bite my hands. At 15:01 hrs, she was refastened in her seat and Rangers Rippetoe and Williams transported her to Fresno County Jail.

During transport, TAFOYA continually screamed threats to Rangers, including, "I will shank your motherfucking dick". TAFOYA threatened to shoot Rangers and to have her children kill Rangers as well. She stated, "Look at the horizon because it's the last look you will get". During the intake process in Fresno County Jail, TAFOYA kicked Ranger Rippetoe twice in the upper thigh after refusing to stand for her booking photo.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

3/10/2022
Date

*Ranger:* **Julia Luchtenburg**
Law Enforcement Park Ranger
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this 11th day of (Month, Year). March, 2022

3/11/2022
Date

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE